Case: 3:24-cr-00058-jdp   Document #: 30   Filed: 08/14/24   Page 1 of 4

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

AUG 1 4 2024

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No. 24-cr-58-jdp |
| CANDICE PATTERSON and DEOVION BAKER, | 18 U.S.C. § 924(a)(1)(A) |
| | 18 U.S.C. § 2 |
| | 18 U.S.C. § 545 |
| | 18 U.S.C. § 924(d)(1) |
| Defendants. | 28 U.S.C. § 2461(c) |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 1, 2023, in the Western District of Wisconsin, the defendant,

### CANDICE PATTERSON,

knowingly made a false statement and representation to Cabela's, Sun Prairie, Wisconsin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cabela's, in that the defendant executed a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, indicating that the defendant was the actual buyer of the firearms indicated on the ATF Form 4473 (a Glock 17 9mm and a Glock 29 10mm) when in fact the defendant then knew, the defendant was not the actual buyer of the firearms and purchased the firearms for Deovion Baker.

(In violation of Title 18, United States Code, Section 924(a)(1)(A).)

## COUNT 2

On or about September 1, 2023, in the Western District of Wisconsin, the defendant,

DEOVION BAKER,

knowingly made a false statement and representation to Cabela's, Sun Prairie, Wisconsin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cabela's, in that the defendant induced and caused another person, Candice Patterson, to execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, upon which Candice Patterson falsely stated that she was the actual buyer of the Glock 17 9mm and Glock 29 10mm, whereas, as both the defendant and Candice Patterson knew, Candice Patterson was not the actual buyer.

(In violation of Title 18, United States Code, Sections 924(a)(l)(A) and 2).

## COUNT 3

Between on or about July 9, 2023, and on or about July 31, 2023, in the Western District of Wisconsin and elsewhere, the defendant,

DEOVION BAKER,

who is not a licensed Federal Firearms Licensee and authorized by the Attorney General to import firearms, fraudulently and knowingly imported and brought into

2

the United States machinegun conversion devices which were imported contrary to law.

(In violation of Title 18, United States Code, Section 545.)

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(a)(1)(A) set forth in Count 1 of this indictment, the defendant,

CANDICE PATTERSON,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a. a Glock, Model 17, 9mm handgun and any ammunition; and

    b. a Glock Model 29, 10mm handgun and any ammunition.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 924(a)(1)(A) set forth in Count 2 of this indictment, the defendant,

DEOVION BAKER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a. a Glock, Model 17, 9mm handgun and any ammunition; and

    b. a Glock Model 29, 10mm handgun and any ammunition.

3.     Upon conviction of the offense in violation of Title 18, United States Code, Section 545, as set forth in Count 3 of this indictment, the defendant,

DEOVION BAKER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 545, any and all merchandise introduced into the United States in violation of this section, including machine gun conversion devices.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 2024-08-14

_____
TIMOTHY M. O'SHEA
United States Attorney

4